Michael Gregory EGGERT, Petitioner–Appellant,

v.

Robert DOYLE, Marin County Sheriff; Ronald Baylo, Chief of the Marin County Probation Office, Respondents–Appellees.

No. 02–15406.

D.C. No. CV–00–21245–RMW.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2). Accordingly, petitioner's request for oral argument is denied.

Submitted Feb. 10, 2003.*

Decided Feb. 12, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM**

Michael Gregory Eggert, a former California state prisoner, appeals the district court's denial of his 28 U.S.C. § 2254 petition challenging his 30-day sentence for driving under the influence. We dismiss this appeal as moot because Eggert admits that he has completed serving his entire sentence, and he thus lacks standing to raise any challenge to it.[1] *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999) (citing *Spencer v. Kemna,* 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998)).

**DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, petitioner's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Moreover, as the district court concluded, there is no merit to Eggert's claim. *See Corbitt v. New Jersey,* 439 U.S. 212, 219, 99 S.Ct.

492, 58 L.Ed.2d 466 (1978) (stating that a State may encourage a guilty plea by offering substantial benefits in return for the plea).

